IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

GUSTAVO GALLARDO-GARCIA,

    Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center,

    Respondents.

No. 2:25-cv-01097-MLG-LF

**ORDER SETTING STATUS CONFERENCE ON
<u>UNITED STATES' ENTRY OF APPEARANCE</u>**

This matter is before the Court following Petitioner Gustavo Gallardo-Garcia's November 5, 2025, Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. On November 13, 2025, the Court issued an Order for (1) Petitioner to "file proof of service in conformity with the requirements of Federal Rule of Civil Procedure 4" and (2) Respondents to show cause why Gallardo-Garcia's Petition should not be granted. Doc. 2 at 1-2. In response to the Court's Order, Gallardo-Garcia attested to serving the Respondents by USPS Certified Mail according to the following details:

1

1. Civil Process Clerk, U.S. Attorney's Office, District of New Mexico, P.O. Box 607, Albuquerque, NM 87103 — Tracking No. 9589 0710 5270 3168 7789 31

2. Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530 — Tracking No. 9589 0710 5270 3168 7788 56

3. DHS/ICE Field Office Director (Mary De Anda-Ybarra), via Civil Process Clerk, U.S. Attorney's Office, P.O. Box 607, Albuquerque, NM 87103 — Tracking No. 9589 0710 5270 3168 7789 31

4. Warden Dora Castro, Otero County Processing Center, 26 McGregor Range Road, Chaparral, NM 88081 — Tracking No. 9589 0710 5270 3168 7789 24

Doc. 4. To date, Ms. Christina Muscarella Gooch of Sutin, Thayer & Browne APC is the sole attorney that has entered an appearance on behalf of any of the Petition's named Respondents—and only for Warden Dora Castro. *See* Doc. 5. No attorney has entered an appearance for the Department of Homeland Security, the Attorney General's office, nor U.S. Immigration and Customs Enforcement ("USA Respondents").

Therefore, the Court orders an in-person status conference for December 22, 2025, at 2:00 p.m. in the Cimarron Courtroom of the Pete V. Domenici U.S. Courthouse, located at 333 Lomas Blvd. NW, Albuquerque, NM. The Court also orders counsel for USA Respondents to appear at the status conference. If the United States does not believe that it has been properly served, the Court will allow the United States to enter a limited appearance to express that position.

In the alternative, if the United States agrees that it has been properly served, it may enter an appearance in this case, file a motion to vacate the December 22, 2025, status conference, and promptly enter its response to the Court's Order to Show Cause. Doc. 2.

The Clerk's Office is directed to serve this Order on the United States' Attorney's Office.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA